UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DEAN BLACK,<br>　　　　Plaintiff,<br>　　v.<br>IRVING MATERIALS, INC.,<br>　　　　Defendant. | Case No. 17-cv-06734-LHK (SVK)<br><br>**ORDER REGARDING DEFENDANT'S REQUEST FOR CLARIFICATION OF ECF 54**<br><br>Re: Dkt. No. 55 |

Defendant may choose to either (1) arrange for the box of documents to be picked up from Plaintiff's counsel on or before January 10, 2019, for inspection and copying at Defendant's expense and at a place of Defendant's choosing, returning the box to counsel within 14 days, or (2) have Plaintiff's counsel copy the documents and overnight mail them to Defendant by January 10, 2019, the Parties to split the cost of copying and postage. Defendant is to inform Plaintiff of how it chooses to proceed no later than 4:00 p.m. today, Monday, January 7, 2019.

**SO ORDERED.**

Dated: January 7, 2019

SUSAN VAN KEULEN
United States Magistrate Judge