UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFERY DEAN BLACK,<br><br>Plaintiff,<br><br>v.<br><br>IRVING MATERIALS, INC.,<br><br>Defendant. | Case No. 17-CV-06734-LHK<br><br>**ORDER RE: VERDICT FORM** |

On May 23, 2019, both Irving Materials, Inc. ("Irving") and Jeffery Dean Black ("Black") each filed their own proposed verdict form. ECF Nos. 112, 114.

The parties SHALL FILE by Friday, May 31, 2019 at 9:00 a.m., one joint verdict form which identifies areas of agreement and disagreement and briefly advocates for each side's competing proposal where there is disagreement.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-06734-LHK
ORDER RE: VERDICT FORM