UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFERY DEAN BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>IRVING MATERIALS, INC.,<br><br>    Defendant. | Case No. 17-CV-06734-LHK<br><br>**ORDER DENYING PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 50 MOTION** |

Upon further consideration, the Court DENIES Plaintiff Black's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50.

**IT IS SO ORDERED.**

Dated: June 11, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge