UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFERY DEAN BLACK,<br>Plaintiff,<br>v.<br>IRVING MATERIALS, INC.,<br>Defendant. | Case No. 17-CV-06734-LHK<br>**VERDICT FORM** |

Dated: June 14, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-06734-LHK
VERDICT FORM

1

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### MR. BLACK'S CLAIM FOR DECLARATORY RELIEF (15 U.S.C. §§ 1114(2)(D)(V), 1125(D)(1)(B)(II))

**Question 1**: Has Mr. Black proven by a preponderance of the evidence that Mr. Black did not violate the Anti-Cybersquatting Consumer Protection Act?

Yes  X          No ____

*Proceed to Question 2.*

### IRVING MATERIAL INC.'S CLAIM FOR VIOLATION OF THE ANTI CYBERSQUATTING CONSUMER PROTECTION ACT

**Question 2**: Has Irving Materials Inc. proven by a preponderance of the evidence that Mr. Black violated the Anti-Cybersquatting Consumer Protection Act?

Yes ____          No  X

*If you checked "Yes" for Question 2, proceed to Question 3. If you checked "No," do not answer the remaining questions, sign the verdict form, and notify the Courtroom Deputy.*

### MR. BLACK'S SAFE HARBOR DEFENSE

**Question 3**: Has Mr. Black proven by a preponderance of the evidence the Safe Harbor defense?

Yes ____     No ____

*Proceed to Question 4.*

### MR. BLACK'S LACHES DEFENSE

**Question 4**: Has Mr. Black proven by a preponderance of the evidence the laches defense?

Yes ____          No ____

*If you checked "Yes" for Questions 3 and/or 4, then do not answer Question 5, sign the verdict form, and notify the Courtroom Deputy. If you checked "No" on Questions 3 and 4, then proceed to Question 5.*

2

Case No. 17-CV-06734-LHK
VERDICT FORM

## DAMAGES

*Answer Question 5 only if you: (1) checked "Yes" to Question 2, and (2) checked "No" to Questions 1, 3 and 4.*

**Question 5**: If Irving Materials Inc. is entitled to statutory damages, then in what amount?

$ _____

Dated: 6/14/19                                           _____
                                                                    Presiding Juror

Case No. 17-CV-06734-LHK
VERDICT FORM

3