UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DEAN BLACK,<br><br>    Plaintiff,<br>vs.<br><br>IRVING MATERIALS, INC.,<br><br>    Defendant.<br>_____<br><br>IRVING MATERIALS, INC.,<br><br>    Counter-Claimant,<br>vs.<br><br>JEFFERY DEAN BLACK,<br><br>    Counter-Defendant. | Case No. 5:17-cv-06734-LHK<br><br>**[PROPOSED] ORDER TO JEFFERY DEAN BLACK'S MOTION FOR ATTORNEYS' FEES** |

    Having reviewed Plaintiff and Counterdefendant Jeffery Dean Black's ("Plaintiff") Motion for Attorney's Fees and supporting Declaration, and the complete record in this case, I find this an exceptional case under Section 1117(a) of the Lanham. Accordingly, Plaintiff's motion is **GRANTED**. Plaintiff is awarded attorneys' fees in the amount of _____.

    **IT IS SO ORDERED.**

**Dated:** _____                _____
                                                               The Honorable Lucy H. Koh
                                                               United States District Judge