| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS Please follow the instructions on page 3 when completing this form. | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐   NO ☐ |
|---|---|---|---|
| 1. CASE NAME Jeffery Dean Black v. Irving Materials, Inc. | 2. CASE NUMBER 17-cv-06734-LHK | 3. DATE JUDGMENT ENTERED August 10, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Irving Materials, Inc. |
| 5. NAME OF CLAIMING PARTY Jeffery Dean Black | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Mike Rodenbaugh | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400 | See Docket #1, receipt number 54611017231 | | | |
| Service of Process, Civil LR 54-3(a)(2) | 301 | Rapid Legal Nos. 1945405 and 1962024 | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | 3038.82 | USDC nos. 20192740 and 20192747 | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 6923.85 | Connor Reporting no. 62097 and TSC Reporting nos. 802749 and 662220 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 1298.34 | Fedex nos. 1016247592786228 and 1013229463123146; | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | and Rapid Legal nos. 2508398 ($131 only, for copies of documents) and 2507693 ($488.50 only, for copies of documents) |  |  |  |  |
| Trial exhibits, Civil LR 54-3(d)(4) | 482.03 | Fedex receipt |  |  |  |  |
| Visual aids, Civil LR 54(d)(5) |  |  |  |  |  |  |
| e. WITNESS FEES AND EXPENSES |  |  |  |  |  |  |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) |  |  |  |  |  |  |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS |  |  |  |  |  |  |
| Fees for special masters & receivers, Civil LR 54-3(f) |  |  |  |  |  |  |
| Court-appointed experts, 28 USC § 1920(6) |  |  |  |  |  |  |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) |  |  |  |  |  |  |
| g. MISCELLANEOUS COSTS |  |  |  |  |  |  |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 |  |  |  |  |  |  |
| Costs of bonds and security, Civil LR 54-3(h) |  |  |  |  |  |  |
| TOTAL AMOUNT | $12,444.04 |  |  | $ 0.00 | $ 0.00 |  |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:

SIGNATURE: By: *Mike Rabenbaugh*    DATE: August 23, 2019

11. Costs are taxed in the amount of _____ and included in the judgment.
Susan Y. Soong
Clerk of Court

BY: _____, Deputy Clerk    DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|  | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |